IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01428-AP

STEPHEN H. BOWERS,

 Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

 Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

|  |  |
|---|---|
|  | <u>For Plaintiff</u>:<br>Michael W. Seckar<br>402 W. 12th Street<br>Pueblo, CO 81003<br>Tel. (719) 543-8636<br>Fax (719) 543-8403<br>seckarlaw@mindspring.com |
| John F. Walsh<br>United States Attorney<br><br>J. Benedict Garcia<br>Assistant United States Attorney<br>District of Colorado | <u>For Defendant</u>:<br>Christina Valerio<br>Special Assistant United States Attorney<br>Office of the General Counsel<br>Social Security Administration<br>1961 Stout Street, 4169<br>Denver, Colorado 80294-4003<br>Tel. (303) 844- 7348<br>Fax (303) 844-0770<br>Christina.valerio@ssa.gov |

- 1 -

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed:    **June 3, 2013**

    B.    Date Complaint Was Served on U.S. Attorney's Office: **October 1, 2013**

    C.    Date Answer and Administrative Record Were Filed:    **November 1, 2013**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state to the best of their knowledge the record is adequate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state to the best of their knowledge that the record is complete.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state to the best of their knowledge that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state there are no other matters to bring to the attention of the Court. This case is not on appeal from a decision issued on remand from this court

**8. PROPOSED BRIEFING SCHEDULE**

The parties request a briefing schedule one week outside of the standard briefing schedule to account for a large number of cases where answers were filed on the same day.

    A.    **Plaintiff's Opening Brief Due:**    **January 10, 2014**

    B.    **Defendant's Response Brief Due:**    **February 10, 2014**

    C.    **Plaintiff's Reply Brief (If Any) Due:**    **February 24, 2014**

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    Plaintiff's Statement:  Plaintiff does not request oral argument.

    B.    Defendant's Statement: Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice*.

    A.    (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    ( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 21st day of November, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Michael W. Seckar | s/ Christina Valerio |
| Michael W. Seckar | By: Christina Valerio |
| 402 West 12th Street | Special Assistant U.S. Attorney |
| Pueblo, Colorado 81003 | Office of the General Counsel, SSA |
| (719) 543-8636 | 1961 Stout Street, 4169 |
| seckarlaw@mindspring.com | Denver, Colorado 80294-4003 |
| | (303) 844- 7348 |
| Attorney for Plaintiff | christina.valerio@ssa.gov |
| | Attorneys for Defendant. |

UNITED STATES ATTORNEY (heading for right column)