**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-01428-MSK

STEPHEN H. BOWERS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**FINAL JUDGMENT**

The oral findings and conclusions made in open court by Chief Judge Marcia S. Krieger, on October 2, 2014, are incorporated herein by reference.  Consistent therewith it is

**ORDERED** that the Decision of the Commissioner is **REVERSED.**  This matter is **REMANDED**  for further reconsideration  by the administrative law judge in accordance with the oral findings of the Court.  Any request for costs or attorney fees shall be made within 14 days of the date of this judgment.

    Dated at Denver, Colorado this 2nd day of October, 2014.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        s/Patricia Glover

                        Patricia Glover
                        Deputy Clerk